United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 19, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re: Eddie Carl Lindsey
Debtor

Case No.: 24–33610

Chapter: 13

## ORDER RESETTING DISMISSAL

The chapter 13 trustee's motion to dismiss is continued until **12/17/24** at **09:00 AM.**

Signed and Entered on Docket: 11/19/24

_____
MARVIN ISGUR
United States Bankruptcy Judge