## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: Eddie Carl Lindsey  
2700 Spring Creek Dr  
Spring, TX  77373

CHAPTER 13

CASE NO. 24-33610-H1

DEBTOR

## NOTICE RESETTING DISMISSAL HEARING

You are hereby advised that the dismissal hearing regarding the above referenced case has been rescheduled for 02/18/2025 at 11:00 am. at the U.S. Bankruptcy Court, 515 Rusk, Room 404, 4th Floor, Houston, TX 77002-0000.

DATED: January 29, 2025

/s./ David G. Peake  
DAVID G. PEAKE, TRUSTEE  
ADMISSIONS ID NO. 15679500  
9660 HILLCROFT, STE 430  
HOUSTON, TX  77096  
(713)283-5400

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice Resetting Dismissal Hearing has been served electronically on all parties requesting electronic notice and has been served on the listed parties (if listed) by mailing a copy of same to the address listed below via first class mail Wednesday , January 29, 2025.

Debtors:  
Eddie Carl Lindsey  
2700 Spring Creek Dr  
Spring,  TX  77373

Debtor's Attorney:  
JAMES Q POPE  
THE POPE LAW FIRM  
6161 SAVOY SUITE 1125  
HOUSTON,  TX  77036

/s./ David G. Peake  
DAVID G. PEAKE, TRUSTEE